PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON

SEP 10 2012

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs. Kenneth Joseph Maravilla     Docket No.     2:12CR00006-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kenneth Joseph Maravilla who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 26th day of April 2012 under the following conditions:

**Condition #29**: Defendant shall participate in one or more of the following home confinement program(s):

**GPS Monitoring**: The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based up ability to pay as determined by the U.S. Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: On September 9, 2012, the defendant removed his GPS monitoring device. Attempts to locate the defendant have gone unsuccessful.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    09/09/2012 @ 20:18 hours |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Probation Officer |

PS-8
Re: Maravilla, Kenneth Joseph
September 9, 2012
Page 2

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

9/10/12
Date